| | |
|---|---|
| 1 | NEAL S. ROBB, CASB No. 107701 |
| 2 | neal.robb@kyl.com<br>KEESAL, YOUNG & LOGAN |
| 3 | A Professional Corporation<br>400 Oceangate |
| 4 | Long Beach, California  90802<br>Telephone:    (562) 436-2000 |
| 5 | Facsimile:    (562) 436-7416 |
| 6 | Attorneys for Defendant<br>J. P. MORGAN SECURITIES LLC, erroneously |
| 7 | named herein as "CHASE BANK, N.A." |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD TENAZA, | ) | Case No. 3:15-cv-02634-JST |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER GRANTING |
| | ) | STIPULATION FOR LEAVE TO FILE |
| vs. | ) | FIRST AMENDED COMPLAINT |
| | ) | |
| CHASE BANK, N.A. and ALLSTATE LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

The Court, having reviewed the Stipulation for Leave to File a First Amended Complaint entered into by and between all parties to this action ("the Stipulation"), and good cause appearing therefor, HEREBY ORDERS that:

1. Plaintiff may file a First Amended Complaint, a true and correct copy of which was attached to the Stipulation as Exhibit A;

2. Plaintiff has, concurrently with the filing of this stipulation, lodged his First Amended Complaint with this Court, which shall be deemed filed and served on all Defendants upon the date of entry of this Order; and

///

///

///

3. Defendant ALLSTATE LIFE INSURANCE COMPANY's Answer to the original Complaint (filed June 19, 2015) shall be deemed its Answer to the First Amended Complaint.

IT IS SO ORDERED.

DATED: ___July 14___, 2015

IT IS SO ORDERED

Judge Jon S. Tigar