**FILED**

OCT 07 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TENAZA,<br><br>Plaintiff,<br><br>vs.<br><br>J.P. MORGAN SECURITIES LLC and ALLSTATE LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:15-CV-02634-JST<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MEDIATION DEADLINE** |

The Court having reviewed the Stipulation to Continue the Mediation Deadline between Plaintiff Richard Tenaza, Defendant Allstate Life Insurance Company and Defendant J.P. Morgan Securities LLC finds that good cause exists to enter an order approving the Stipulation.

Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

1. The deadline to complete mediation is December 3, 2015.

Dated: October **07**, 2015

Hon. Jon S. Tigar
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

1

Case No. 3:15-CV-02634-JST
ORDER GRANTING STIPULATION TO
CONTINUE MEDIATION DEADLINE