UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TENAZA, | Case No.  15-cv-02634-JST |
| Plaintiff, | **MINUTE ORDER NOTING DISMISSAL** |
| v. | Re: ECF No. 33 |
| ALLSTATE LIFE INSURANCE COMPANY, et al., | |
| Defendants. | |

The parties have filed a stipulation of dismissal dated March 18, 2016, stating that they have agreed to a settlement of this action.  ECF No. 33.  Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated:  March 18, 2016

_____
JON S. TIGAR
United States District Judge